908 P.2d 559

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Timboy | 16592 | 10/09/95 | Vacated and Remanded |
| Bannan v. State | 17016 | 12/06/95 | Affirmed |
| State v. Veniegas | 17303 | 12/08/95 | Affirmed |
| Rapozo v. Andrade | 17159 | 12/11/95 | Affirmed |